# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

FILED
2012 JUL 9 PM 2 57
U.S. DISTRICT COURT
NEW HAVEN, CT.

| United States of America | ) |
|---|---|
| v. | ) |
| Richard Castro | ) Case No: 3:09cr269(EBB) |
| | ) USM No: |

Date of Original Judgment:    Nov. 23, 2010
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

　　X DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   Nov. 23, 2010   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  ~~June 29, 2012~~  7/9/12          /s/ Ellen Bree Burns, SrUSDJ
                                                *Judge's signature*

Effective Date: _____              ELLEN BREE BURNS, SR. U.S.D.J.
*(if different from order date)*              *Printed name and title*